| | |
|---|---|
| MARTIN D. SINGER (SBN 78166) <br> mdsinger@lavelysinger.com <br> MELISSA Y. LERNER (SBN 285216) <br> mlerner@lavelysinger.com <br> LAVELY & SINGER PC <br> 2049 Century Park East, Suite 2400 <br> Los Angeles, California 90067-2906 <br> Telephone: (310) 556-3501 <br><br> Attorneys for Defendants ROBERT SERTNER and BENNETT J HYMES TRUST <br> (erroneously sued as B J Hymes Trust) <br><br> ARTHUR EDWARD EZOR <br> ed@aeezor.com <br> 305 S. Hudson Avenue, Suite 300 <br> Pasadena, CA 91101 <br> Telephone: (626) 568-8098 <br><br> Plaintiff in Pro Per | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR, <br><br> Plaintiff, <br><br> vs. <br><br> BETTY T. YEE, STATE BAR OF CALIFORNIA, LEAH T. WILSON, JORDAN N. WRIGHT, MELANIE O'DAY, JOSEPH DIMINO, FENGLAN LIU, KRISTEN POFAHL, ROBERT SERTNER, B J HYMES TRUST, ELLIN DAVTYAN, VANESSA HOLTON, SUZANNE GRANDT, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV23-00094-JVS (AGR) <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Room: 10C (Santa Ana) <br> Judge: Hon. James V. Selna |

7279-2

JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, Plaintiff Arthur Edward Ezor and Defendants Robert Sertner And Bennett J Hymes Trust (erroneously sued as B J Hymes Trust) hereby give notice that they have reached an agreement in principle to settle this dispute. The parties jointly request that the Court permit the parties 14 days to submit a stipulation of dismissal.

Dated: August 21, 2023

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
MELISSA Y. LERNER

By: _____
MELISSA Y. LERNER
Attorneys for Defendants,
ROBERT SERTNER and BENNETT J HYMES TRUST (ERRONEOUSLY SUED AS B J HYMES TRUST)

Dated: August 21, 2023

By: _____
ARTHUR EDWARD EZOR
Plaintiff in Pro Per

The filer, Melissa Y. Lerner, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

_____
MELISSA Y. LERNER

PROOF OF SERVICE