UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR,<br><br>        Plaintiff,<br><br>   v.<br><br>BETTY YEE, et al.,<br><br>        Defendants. | NO. CV 23-0094-JVS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), the Objections and the Response. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected and Defendants responded. The Court accepts the findings and recommendation of the Report.

1    IT IS ORDERED that Defendants' motions to dismiss the complaint (Dkt. Nos. 22 and 28) are GRANTED.

IT IS FURTHER ORDERED that Judgment be entered dismissing this action with prejudice as to Claims One and Two and without prejudice as to Claim Three.

DATED: March 5, 2024

JAMES V. SELNA
United States District Judge