JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. EDWARD EZOR, <br><br> Plaintiff, <br><br> v. <br><br> BETTY YEE, et al., <br><br> Defendant. | NO. CV 23-0094-JVS (AGR) <br><br> JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed with prejudice as to Claims One and Two and without prejudice as to Claim Three.

DATED: March 5, 2024

_____
JAMES V. SELNA
United States District Judge